1 | Renee Choy Ohlendorf (SBN 263939)
HINSHAW & CULBERTSON LLP
2 | 11601 Wilshire Blvd.
Suite 800
3 | Los Angeles, CA 90025
Telephone:  310-909-8000
4 | Facsimile:  310-909-8001

5 | Attorneys for Defendant GC Services, LP

6

7

8 | **UNITED STATES DISTRICT COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA**

10 | **LOS ANGELES DIVISION**

11 | Matt Jenkins,                                         Case No.

12 |        Plaintiff,

13 |     vs.                                         **DEFENDANT GC SERVICES, LP'S NOTICE OF INTERESTED PARTIES PURSUANT TO**

14 | GC Services, LP and DOES 1-10, inclusive,   **LOCAL RULE 7.1-1**

15 |       Defendant.

16 |                                                       Action Removed:

17 | **TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD**

18 | **HEREIN:**

19 |     Defendant, GC SERVICES LIMITED PARTNERSHIP ("GC"), by and

20 | through its attorney, Renee Choy Ohlendorf of Hinshaw & Culbertson LLP, and for

21 | its Notice of Interested Parties Pursuant to Local Rule 7.1-1, states as follows:

22 |     1.    The undersigned, counsel of record for GC, certifies that the following

23 | listed parties may have a pecuniary interest in the outcome of this case.  These

24 | representations are made to enable the Court to evaluate possible disqualification or

25 | recusal.

26 |     a.    GC (Defendant);

27 |     b.    DLS Enterprises Inc. (general partner of GC);

28 |     c.    GC Financial Corporation (general partner of GC);

1
NOTICE OF INTERESTED PARTIES

31551925v1 0961566

1          d.      Columbia Casualty Company (GC's Insurer).

2

3    DATED: August 27, 2014                    HINSHAW & CULBERTSON LLP

4
                                               By: /s/ Renee C. Ohlendorf
5                                                  Renee Choy Ohlendorf
                                                   Attorneys for Defendant GC Services,
6                                                  LP

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                          2
                            NOTICE OF INTERESTED PARTIES

                                                            31551925v1 0961566

**PROOF OF SERVICE**
**Jenkins v. GC Services Limited Partnership**
**USDC Case No.:**

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action(s); my business address is 11601 Wilshire Blvd., Suite 800, Los Angeles, CA 90025.

On August 27, 2014, I served the document(s) entitled, **DEFENDANT GC SERVICES, LP'S NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1** on the interested parties in this action:

Matt Jenkins
14833 Mansa Drive
La Mirada, CA  90638
Tel. (213) 304-5700
shephard68@yahoo.com
Pro Se

(BY MAIL): x enclosed a true and correct copy of the document in a sealed envelope addressed to the persons at the addresses listed on the attached SERVICE/MAILING LIST.  The envelope was mailed with postage fully prepaid.  I am readily familiar with this firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

(BY OVERNIGHT MAIL):          I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the person(s) at the addresses on the attached SERVICE/MAILING LIST.  I placed the envelope or package for collection and handling via UPS following our ordinary business practices.  I am readily familiar with this business' practice for collecting and processing correspondence for UPS.  On the same day that material is placed for collection, it is picked by UPS at Los Angeles, California.

(BY E-MAIL OR ELECTRONIC TRANSMISSION):    x Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) listed above to be sent to the persons at the electronic service addresses listed on the attached SERVICE/MAILING LIST.

(BY HAND DELIVERY):          I caused each such envelope(s) to be delivered by hand to the addressee(s) mentioned in the attached SERVICE/MAILING LIST..
I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 27, 2014, at Los Angeles, California.

_____
Melanie Ingrid Davis

1
POS

31551925v1 0961566